CASEY JENSEN, Bar No. 263593
cjensen@deconsel.com
DeCARLO & SHANLEY
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Telecopier: (213) 488-4180

Attorneys for Plaintiffs, Carpenters Southwest Administrative corporation, formerly known as Carpenters Southern California Administrative Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>P & R CONSTRUCTION, a partnership, etc., et al.,<br><br>Defendant(s). | CASE NO. CV 84-7190 ABC (MRWx)<br><br>RENEWAL OF JUDGMENT BY CLERK |

The judgment debtor, P & R CONSTRUCTION, a partnership and HILARIO PENA, HUERTA LAWRENCE JUAREZ, REMIGIO PENA, individually and as co-partners, ("DEFENDANTS"), having judgment entered against DEFENDANTS on September 23, 1987 and renewed on October 31, 1994, October 5, 2001 and on February 24, 2009;

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"), and upon declaration that DEFENDANTS have failed to pay the total amount of

said judgment; and that DEFENDANTS are indebted to CSAC.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against DEFENDANTS, be renewed in the amount of $547,085.10 which is broken down as follows:

Judgment as entered:

| | | | | |
|---|---|---|---|---:|
| | a. | Principal | $ | 122.413.40 |
| | b. | Liquidated Damages | $ | 58,895.68 |
| | c. | Judgment interest | $ | 58,895.68 |
| | d. | Attorney Fees | $ | 6,500.00 |
| Subtotal (Judgment as entered) | | | $ | 246,704.74 |
| | e. | Less credits after judgment | $ | 0.00 |
| | f. | Interest after judgment computed from September 23, 1987, through October 26, 1994 at 3.4% ($23.20 per day) | $ | 59,484.62 |
| Subtotal (Renewal as entered) | | | $ | 306,189.38 |
| | g. | Less credits after renewal | $ | 0.00 |
| | h. | Interest after renewal computed from October 26, 1994, through August 31, 2001 at 6.06% ($51.54 per day) | $ | 126,792.48 |
| Subtotal (Renewal as entered) | | | $ | 432,981.86 |
| | i. | Less credits after renewal | $ | 0.00 |
| | j. | Interest after renewal computed from October 5, 2001 through February 17, 2009 at 0.64% ($33.45 per day) | $ | 82,359.31 |
| Subtotal (Renewal as entered) | | | $ | 515,341.17 |

////

////

////

| | | |
|---|---|---|
| k. | Less credits after renewal ................................................. $ | 2,000.00 |
| l. | Interest after renewal computed from February 24, 2009 through February 8, 2019 at 0.64% ($9.53 per day)....... $ | 33,743.93 |

GRAND TOTAL ................................................................................. $ 547,085.10

DATED: February 21, 2019

*Sharon Hall Brown*
CLERK
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY, Clerk of Court

# PROOF OF SERVICE

(Carpenters Southwest Administrative Corporation, etc. vs. P & R Construction, etc.
USDC Case No. CV 84-7190

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On February 19, 2019, I served the foregoing document, described as: **[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT,** on interested party, addressed as follows:

P & R CONSTRUCTION
15643 Sherman Way
Van Nuys, California 91406

Hilario Pena
~~[redacted]~~
Citrus Heights, CA 95610

Huerta Lawrence Juarez
P & R Construction
~~[redacted]~~
Santa Maria, California 93458

Remigio Pena
~~[redacted]~~
Santa Maric,a CA 93455

in said action, by placing a true copy thereof,

[x] (BY MAIL) I placed such envelopes with postage thereon fully prepaid to be placed in the United States Mail at 533 S. Fremont Avenue, Los Angeles, California 90071-1706.

Executed on February 19, 2019, at Los Angeles, California 90071.

[x] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Esta Hamilton